UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RITA K. DELONEY                                                                          PLAINTIFF

VS.                           CASE NO. 4:12CV00161 JMM

UNIVERSITY OF ARKANSAS AT LITTLE ROCK                        DEFENDANT

## ORDER

By a March 20, 2012 Order of the Court, plaintiff was denied *in forma pauperis* status and directed to pay the required filing fee of $350.00 on, or before, April 2, 2012. Plaintiff was advised that if she failed to pay the filing fee, her complaint would be dismissed without prejudice.

As of this date, Plaintiff has failed to pay her filing fee. Therefore, her complaint is dismissed without prejudice. All pending motions are dismissed as moot. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this  5   day of April, 2012.


_____
James M. Moody
United States District Judge