# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RITA K. DELONEY**                                                                           **PLAINTIFF**

**VS.**                      **CASE NO. 4:12CV00161 JMM**

**UNIVERSITY OF ARKANSAS AT LITTLE ROCK**               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiffs's Complaint is dismissed without prejudice.

**IT IS SO ORDERED THIS   6   day of   April  , 2012.**

_____
**James M. Moody**
**United States District Judge**